RECEIVED BY MAIL FEB 24 2023 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

# EVENSTAD v ELLISON, et al ①

Thomas Evenstad,
Plaintiff

vs

Keith Maurice Ellison,
Amy Klobuchar,
Mike Freeman, Stuart Evan Shapiro,
John Choi
John Kingrey, Julie Jonas, Erica Applebaum, Carrie Sperling, Laura Nividlr, Barry Scheck, Sara Jones, Heather Ring, Michael Davis, Adam Martin, Kevin Ralch, Ed Magerian, ~~[struck]~~, ~~[struck]~~, ~~[struck]~~, Alex DeMarco, John Choi, Mike Freeman, John Hart, Jim Volling, Rachel Bond, Tara Dubinske, Laurie Eibensteiner, Beth Forsyth, JR LaPlante, Adam Martin, Kaarin Nelson Schaeffer, Eileen Rice, Lindsay Thomas, Ken Udobiok, Timothy J. Welsh, Joseph Buska, Lakeshore Foundation, Deandra Bieneman, Minneapolis Foundation, UofM Law, Pohlad Foundation, MADEL, P.A., John & Cynthia Hart, Delta Airlines, John & Terri Marquart, Peter Neufeld, Chunda Smith Baker, Rabia Chaudry, Great North Innocence Project, MN Attorney General Office, Governor Tim Walz, UofM Criminal Justice League, MN State Bar Assn Criminal Section, MN Ass'n Criminal Defense Lawyers, Mary Moriarty, Hennepin County Attorney Office, Ramsey County Attorney Office, Susan Gaertner, Jane Does 1-20, John Does 1-20.

COMPLAINT
JURY TRIAL DEMANDED

SCANNED FEB 24 2023 U.S. DISTRICT COURT MPLS

EVENSTAD v ELLISON      ②

## INTRODUCTION.

Plaintiff Thomas Wayne EVENSTAD, (herein "EVENSTAD") WAS FRAMED FOR RAPE by the Richfield & Minnetonka Police Departments and maliciously prosecuted by Defendants Mike Freeman & STUART EVAN SHAPIRO. Evenstad's Rape Frame, the worst case of WRONGFUL CONVICTION IN UNITED STATES was rubber stamped by Courts including this Court and the 8th Circuit Court of Appeals.

IN 1999, Evenstad called Defendant Scheck from prison & requested help from New York "INNOCENCE PROJECT." Scheck advised start one in Minnesota so Evenstad and his now deceased Dad — killed by Defendants — called and wrote the 3 Law Schools in MN at that time until "Innocence Project Minnesota" / IPMN formed from Evenstad & his Father's direct efforts long before anyone in MN began receiving $60,000 "Volunteer" Salaries for this SHAM, FRAUDULENT "NON PROFIT". Amy Klobuchar declined the worst case of wrongful conviction in US history instead granting EVENSTAD'S 2000 DIRECT APPEAL of the Freeman-SHAPIRO FRAME #1 (RAPE).

MN TOP COP Gary C. Cayo admits on tape to Evenstad he's "largely responsible" for Evenstad's 1999 Aggravated Rape (CSC 1° 609.342(e)(i)), and that he's "happy" about it (SEE: YOUTUBE "GARY C. CAYO ISSUES THREAT" President of the MN Fraternal Order of Police confesses To FRAMING INNOCENT MN CITIZEN EVENSTAD but entire MN NAT'L INNOCENCE NETWORK

EVENSTAD v CLOBE (?)

③

have refused to meet with me or my Dad by himself for 25 years. WHY? Conspiracy to COVER UP THE NATION'S WORST CASE of WRONGFUL CONVICTION with MN'S OWN SENATOR Amy KLOBUCHAR INVOLVED IN EVENSTAD'S RAPE APPEAL RUBBER STAMP — KLOBY ASSIGNED Michael Richardson to Debunk the Rape Same — DESPITE KLOBUCHAR'S PERJURY AT SUPREME Court Justice Kavanaugh's Confirmation Hearings stating " I ONLY PROSECUTED GUILTY PEOPLE" & PROCLAIMING Herself TO BE A "MINISTER of JUSTICE" This Lawsuit, DEMANDING $50 million Dollars in Damages/REPARATIONS INCLUDES DAMAGES DEMANDS of Amy KLOBUCHAR TO IMMEDIATELY RESIGN FROM CONGRESS, John Choi to resign as RCA & other non-monetary compensator damages.

### BACKGROUND

As mentioned Evenstad was framed by Beth Roberts, Bret Rother, Gary Cayo & others, & maliciously prosecuted by Freeman-Shapiro. Evenstad FOUNDED ANY/ALL MN "INNOCENCE PROJECTS" and NAMED Defendants have engaged in various violations of EVENSTAD'S Constitutional Rights inc, not limited to Due Process, Equal Protection, 6th Amendment Right to Debunk, Cruel & Unusual Punishment & Conspiracy to violate Evenstad's Constitutional Rights by knowingly & intentionally covering