## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Evenstad, | Case No. 23-CV-0457 (JRT/ECW) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Keith Maurice Ellison *et al.*, | |
| Defendants. | |

On April 25, 2023, this Court issued an order noting various problems with Plaintiff Thomas Evenstad's pleadings in this action and ordering him to submit an amended pleading. (*See* Dkt. 20 at 7.) The Court gave him 28 days to submit the amended pleading—that is, by Tuesday, May 23, 2023—failing which the Court would recommend dismissing this action without prejudice. (*See id.*) That deadline has now passed, and Evenstad has not submitted an amended pleading. Accordingly, this Court now recommends dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Given this recommendation, the Court further recommends denying as moot Evenstad's pending motions at Dkts. 6, 8, 8, 9, and 17.

**SO RECOMMENDED.**

Dated: May 31, 2023

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

**NOTICE**

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).