UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS EVANSTAD,

    Plaintiff,

v.

KEITH MAURICE ELLISON, et al.,

    Defendants.

Civil No. 23-457 JRT/ECW

**ORDER**

Thomas Evenstad, 1921 Feronia Av #B3, St. Paul, MN 55104, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 31, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1) This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2) The Motions at Dkts. 6, 8, 9, and 17 are DENIED as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 28, 2023
at Minneapolis, Minnesota

    ___s/John R. Tunheim_____
    JOHN R. TUNHEIM
    United States District Judge